**Order filed November 17, 2016**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-16-00543-CV

———————

## IN THE MATTER OF THE MARRIAGE OF JEFF SEELY AND JACQUALIN SEELY

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2013-60928**

## ORDER

The notice of appeal in this case was filed July 11, 2016. The clerk responsible for preparing the record notified this court that appellant had not made payment for the record. No evidence that appellant has established indigence has been filed. See Tex. R. App. P. 20.1. On August 22, 2016, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court that she has made

arrangements to pay for the clerk's record on or before December 2, 2016. See Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal will be dismissed. See Tex. R. App. P. 37.3(b).


PER CURIAM